**Dismissed and Opinion Filed November 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01753-CV

### TODD PRUETT, Appellant

### V.

### LISA CLAYTON, M.D., Appellee

### On Appeal from the 193rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-14518

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Evans
Opinion by Justice Bridges

Appellant has informed the Court he no longer wishes to pursue the appeal and moves to

dismiss it. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*;

43.2(f).

131753F.P05

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TODD PRUETT, Appellant

No. 05-13-01753-CV          V.

LISA CLAYTON, M.D., Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-12-14518.
Opinion delivered by Justice Bridges.
Justices Lang and Evans participating.

     In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

     We **ORDER** that appellee Lisa Clayton, M.D. recover her costs, if any, of this appeal from appellant Todd Pruett.

Judgment entered November 6, 2014.